Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Northern__ District of __Illinois__
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual   12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

    Check one:

    ☒ Chapter 7
    ☐ Chapter 11

## Part 2: Identify the Debtor

2. Debtor's name

    Packaging Advantage, Inc.

3. Other names you know the debtor has used in the last 8 years

    Include any assumed names, trade names, or *doing business as* names.

4. Debtor's federal Employer Identification Number (EIN)

    ☒ Unknown

    EIN __ __ - __ __ __ __ __ __ __

5. Debtor's address

    **Principal place of business**

    470 Fenton Drive
    Number    Street

    _____

    West Chicago    IL    60185
    City           State  ZIP Code

    DuPage
    County

    **Mailing address, if different**

    Number    Street

    _____
    P.O. Box

    City    State    ZIP Code

    Location of principal assets, if different from principal place of business

    Number    Street

    _____

    City    State    ZIP Code

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor  **Packaging Advantage, Inc.**   Case number (if known) _____
      Name

6. **Debtor's website (URL)**   www.packagingadvantage.com

7. **Type of debtor**
   - [X] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [X] None of the types of business listed.
   - [ ] Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - [X] No
   - [ ] Yes. Debtor _____  Relationship _____
     District _____ Date filed _____ Case number, if known _____
                          MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                          MM / DD / YYYY

**Part 3: Report About the Case**

10. **Venue**

    Check one:
    - [X] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - [X] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - [X] No
    - [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205   Involuntary Petition Against a Non-Individual   page 2

Debtor __Packaging Advantage, Inc.__  Case number (if known) _____
     Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Source One Staffing, Inc. | Loan Services | $ 625,000.00 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**       **Attorneys**

Name and mailing address of petitioner

Source One Staffing, Inc.       Elliot S. Wiczer
Name       Printed name

136 W. Washington St.       Wiczer & Sheldon, LLC
Number Street       Firm name, if any

West Chicago  IL  60185       500 Skokie Blvd., #325
City  State  ZIP Code       Number Street

     Northbrook  IL  60062
     City  State  ZIP Code

Name and mailing address of petitioner's representative, if any

Scott Reedy       Contact phone 847-849-4850  Email ewiczer@wiczersheldon.com
Name

136 W. Washington St.       Bar number 6208432
Number Street

West Chicago  IL  60185       State  Illinois
City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/18/2016
    MM /DD /YYYY

X _____       X _____
Signature of petitioner or representative, including representative's title       Signature of attorney

     Date signed  07/18/2016
     MM /DD /YYYY

Official Form 205       Involuntary Petition Against a Non-Individual       page 3

Debtor  Packaging Advantage, Inc.  Case number (if known) _____

**Name and mailing address of petitioner**

Name _____

Number  Street _____

City _____  State ____  ZIP Code ____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number  Street _____

City _____  State ____  ZIP Code ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City _____  State ____  ZIP Code ____

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
             MM / DD / YYYY

**Name and mailing address of petitioner**

Name _____

Number  Street _____

City _____  State ____  ZIP Code ____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number  Street _____

City _____  State ____  ZIP Code ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City _____  State ____  ZIP Code ____

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
             MM / DD / YYYY

Official Form 205                 Involuntary Petition Against a Non-Individual                 page 4