IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **PACKAGING ADVANTAGE, INC.,** | ) | **16-24295** |
| | ) | |
| Debtor(s). | ) | |

## N O T I C E

TO:   Office of the United States Trustee – Service through CM/ECF
      Mr. Robert Rotman– Service through CM/ECF
      Mr. John Sheldon – Service through CM/ECF
      Mr. Elliot Wizcer – Service through CM/ECF
      See Attached Service List – Service through US Mail

   PLEASE TAKE NOTICE that on the 28th day of September, 2018 at the hour of 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable JANET S. BAER, Bankruptcy Judge, at the Kane County Courthouse, 100 South Third Street, Courtroom No. 240, Geneva, Illinois, or before such other Judge as may be sitting in her place and stead, and then and there present the attached Application, at which time and place you may appear, if you so see fit.

                                    /s/GINA B. KROL
                                    GINA B. KROL
                                    105 W. Madison St., Suite 1100
                                    Chicago, IL 60602
                                    312/368-0300

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF COOK      )

   GINA B. KROL, being first duly sworn on oath, deposes and states that she served a copy of the foregoing Notice together with a copy of the Application attached hereto on the persons shown above, via CM/ECF System and/or US Mail, this 29th day of August, 2018.

                                    /s/ GINA B. KROL

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 16-24295<br>Northern District of Illinois<br>Chicago<br>Wed Aug 29 14:23:59 CDT 2018 | Packaging Advantage, Inc.<br>470 Fenton Ln.<br>West Chicago, IL 60185-2667 | Source One Staffing, Inc.<br>136 W. Washington St.<br>West Chicago, IL 60185-2803 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | 5th/3rd Mortgage Co.<br>% Codilis & Associates<br>15W0300 N. Frontage Rd.<br>Burr Ridge, IL 60527-6921 | Bank of America<br>% Phillips & Cohen Associates<br>1002 Justison St.<br>Wilmington, DE 19801-5148 |
| Chase Bank USA<br>% The Creditors Rights & Bankruptcy<br>1002 Justin St.<br>Wilmington, DE 19801-5148 | Christina Scott<br>42W283 Jens Jensen Ln<br>Saint Charles, IL 60175-8205 | Christine Scott<br>42W 283 Jens Jensen Ln<br>St Charles, IL 60175-8205 |
| Christine Scott<br>42W283 Jens Jensen Ln<br>Saint Charles, IL 60175-8205 | Cynthia Sedan<br>21260 Country Squire Ln<br>Dubuque, IA 52001-8000 | Cynthia Sedan<br>PO Box 6565<br>Galena, IL 61036-6565 |
| Davis McGrath, LLC<br>125 S Wacker Dr Ste 1380<br>Chicago, IL 60606-4402 | Dorothy Curtis<br>PO Box 3074<br>Saint Charles, IL 60174-9098 | Dorothy Curts<br>1011 Indiana Ave<br>Saint Charles, IL 60174-3141 |
| Estate of Richard Swanson<br>% John Biallas, Atty. at Law<br>3N918 Sunrise Ln<br>Saint Charles, IL 60174-5081 | First National Bank of Omaha<br>Attn: Rosemary More<br>PO Box 3773<br>Omaha, NE 68103-0773 | Hector Vega<br>1217 Kings Ct Apt 22<br>West Chicago, IL 60185-4332 |
| Hickory Ridge Townhouse Associates<br>% Paul A. Kreig, Atty at Law<br>226 W. Judd St.<br>Woodstock, IL 60098-3158 | Jeffrey S Harris<br>1701 S First Ave<br>#202<br>Maywood IL 60153-2400 | Nancy Rasmusen<br>21 Butternut Ln<br>Galena, IL 61036-9556 |
| Nancy Rasmussen<br>21 Butternut Ln<br>Galena, IL 61036-9556 | Northwestern Medical Occupational Health<br>25 N Winfield Rd<br>Winfield, IL 60190-1222 | Pearl A Marziani<br>d/b/a Marziani Enterprises<br>c/o Gini S Marziani<br>125 S Wacker Drive<br>Chicago IL 60606-4424 |
| Pearl Marziani d/b/a Marziani Enterprise<br>100 Hahndorf Rd Ste 101<br>West Chicago, IL 60185-5175 | Richard Swanson<br>7012 County Road 6<br>Florence, AL 35633-4728 | Rotman & Rotman LTD<br>134 N La Salle St Ste 200<br>Chicago, IL 60602-1056 |
| The Mayo Clinic<br>200 1st St. SW<br>Rochester, MN 55905-0001 | The Private Bank & Trust Co.<br>% Lebow, Malecki & Tasch, LLC<br>903 Commence Dr. Ste. 160<br>Oak Brook, IL 60523-8830 | Wiczer & Sheldon<br>500 Skokie Blvd Ste 325<br>Northbrook, IL 60062-2887 |

| | | |
|---|---|---|
| Gina B Krol<br>Cohen & Krol<br>105 West Madison St Ste 1100<br>Chicago, IL 60602-4600 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Robert D. Rotman<br>Rotman & Rotman, Ltd.<br>134 N LaSalle St. Ste 200<br>Chicago, IL 60602-1056 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Packaging Advantage Inc<br>470 Fenton Ln<br>West Chicago, IL  60185-2667 | (d)Source One Staffing, Inc.<br>136 W Washington St<br>West Chicago, IL  60185-2803 | (u)Alan D Lasko<br>Alan D. Lasko & Associates, P.C. |
| (u)Christine Scott | (u)Cynthia Sedan | (u)Dorothy Curts |
| (u)Nancy Rasmussen | (u)Pearl Marziani | (u)Richard Swanson |

End of Label Matrix
Mailable recipients    32
Bypassed recipients     9
Total                  41

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) IN CHAPTER 7 |
| | ) |
| **PACKAGING ADVANTAGE, INC.,** | ) No. 16-24295 |
| | ) |
| Debtor(s). | ) |

## TRUSTEE'S APPLICATION TO SELL CAUSE OF ACTION

TO THE HONORABLE **JANET S. BAER**
BANKRUPTCY JUDGE

Now comes **GINA B. KROL**, Trustee herein, and respectfully represents unto this Honorable Court as follows:

1. She is the duly appointed, qualified and acting Chapter 7 Trustee in the above-entitled proceeding.

2. Prior to the filing the Debtor and Source One were engaged in litigation. In that litigation, Source One alleged that the Debtor's principals, Dorothy Curtis and Nancy Rasmussen breached their fiduciary duties and made unlawful distributions to themselves and or insiders.

6. Source One has urged the Trustee to take on that litigation in an effort to recover additional funds for the creditors of this Estate. The Trustee does not believe it's in the best interests of the Estate to expend Estate funds to pursue this litigation.

7. The Trustee has negotiated a sale of that cause of action with Source One where Source One would pay the Estate the sum of $7,000.00 to purchase all of the Estate's interest in that cause of action and reduce its duly filed general unsecured Claim #6 from $639,851.96 to $468,000.00. The reduction in the amount of the claim would result in a greater monetary distribution to other creditors of this Estate.

8. The Trustee believes that the sale of this litigation to Source One results in a benefit to the Estate without the risk of expense or loss and that acceptance of this offer is in the best interests of creditors herein.

9. The Trustee recommends the acceptance of the $7,000.00 from Source One. The Trustee makes no representations or warranties of any kind with respect to value or validity of this cause of action.

10. If approved the sale will result in a meaningful dividend to creditors of this Estate.

**WHEREFORE,** GINA B. KROL, Trustee herein, prays for the entry of an Order authorizing the Trustee to sell the Debtor's right, title and interest in litigation against Dorothy Curtis and Nancy Rasmussen for alleged breach of fiduciary duties and improper distributions to Source One for the sum of $7,000.00 , without representations or warranties of any kind as to value or validity of these claims; and as additional consideration, Source One's general unsecured Proof of Claim #6 will be reduced to $468,000.00 and for such other and further relief as the Court shall deem proper.

         **GINA B. KROL**, Trustee

GINA B. KROL
COHEN & KROL
105 W. Madison St., Suite 1100     BY:    /s/ Gina B. Krol
Chicago, IL 60602                                 One of Attorneys for Trustee
312/368-0300