# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| PACKAGING ADVANTAGE, INC., | § | Case No. 16-24295 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/28/2016. The undersigned trustee was appointed on 09/26/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                         $     185,427.78

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 7,292.15 |
| Bank service fees | 4,808.06 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 173,327.57 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 02/10/2017 and the deadline for filing governmental claims was 02/10/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 12,521.39 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 12,521.39 , for a total compensation of $ 12,521.39 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 19.60 , for total expenses of $ 19.60 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/14/2018          By:/s/GINA B. KROL
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 16-24295 | JSB | Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | PACKAGING ADVANTAGE, INC., | | | Date Filed (f) or Converted (c): | 07/28/16 (f) |
| | | | | 341(a) Meeting Date: | 11/08/16 |
| For Period Ending: | 11/14/18 | | | Claims Bar Date: | 02/10/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Old Second Nat'l Bank - 0177 | 80.00 | 0.00 | | 70.00 | FA |
| 2. Old Second National Bank -2463 | 87,802.18 | 0.00 | | 87,797.18 | FA |
| 3. PNC Bank - Payroll Account | 1,564.59 | 0.00 | | 1,211.59 | FA |
| 4. Private Bank - 7105 | 4,583.90 | 0.00 | | 4,583.90 | FA |
| 5. Private Bank - 3795 - Savings | 497.00 | 0.00 | | 497.67 | FA |
| 6. Escrow Account - 6100 | 50,000.00 | 50,000.00 | | 50,000.00 | FA |
| pre-petition sale of compressors, conveyor, dryer, feeders, overwrapper, air tank, gast vacumms, box taper; sold to former customer | | | | | |
| 7. A/R - 90 days or less | 1,306.00 | 0.00 | | 3,638.83 | FA |
| 8. A/R - over days old | 14,392.26 | 0.00 | | 0.00 | FA |
| 9. COMPUTER | 100.00 | 0.00 | | 0.00 | FA |
| 10. Claim by Source One Staffing V Curts - 16L 06575 | Unknown | 10,000.00 | | 7,000.00 | FA |
| 11. PREFERENCE (u) | 0.00 | 30,628.61 | | 30,628.61 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $160,325.93 | $90,628.61 | | $185,427.78 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee finally got the case against the principals resolved. Insider claims have now been amended and withdrawn.
Trustee will prepare TFR
October 15, 2018, 03:52 pm

Potential preferences; Trustee is investigating

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 16-24295 JSB Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
| Case Name: | PACKAGING ADVANTAGE, INC., | Date Filed (f) or Converted (c): | 07/28/16 (f) |
| | | 341(a) Meeting Date: | 11/08/16 |
| | | Claims Bar Date: | 02/10/17 |

June 28, 2017, 01:49 pm

341 meeting has not been set to date; initial report of assets filed 10/18/16

October 18, 2016, 11:27 am

Initial Projected Date of Final Report (TFR): 03/31/18   Current Projected Date of Final Report (TFR): 02/28/19

/s/   GINA B. KROL
_____   Date: 11/14/18
    GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 16-24295 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | PACKAGING ADVANTAGE, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7939 Checking Account |
| Taxpayer ID No: | *******0905 | | | |
| For Period Ending: | 11/14/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/04/16 | 6 | ROTMAN & ROTMAN<br>134 N LASALLE STREET, STE 200<br>CHICAGO, IL 60602 | | 1129-000 | 50,000.00 | | 50,000.00 |
| 10/12/16 | 1 | OLD SECOND NATIONAL BANK<br>37 SOUTH RIVER STREET<br>AURORA, IL 60506 | | 1129-000 | 70.00 | | 50,070.00 |
| 10/12/16 | 2 | OLD SECOND NATIONAL BANK<br>37 SOUTH RIVER STREET<br>AURORA, IL 60506 | | 1129-000 | 87,797.18 | | 137,867.18 |
| 10/12/16 | 5 | THE PRIVATE BANK | | 1129-000 | 497.67 | | 138,364.85 |
| 10/12/16 | 7 | ILOCA SERVICES, INC.<br>9S104 FRONTENAC STREET<br>AURORA, IL 60504 | | 1121-000 | 1,306.00 | | 139,670.85 |
| 10/12/16 | 3 | PNC BANK | | 1129-000 | 1,211.59 | | 140,882.44 |
| 10/12/16 | 4 | THE PRIVATE BANK | | 1129-000 | 4,583.90 | | 145,466.34 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 158.67 | 145,307.67 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 209.05 | 145,098.62 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 215.72 | 144,882.90 |
| 02/03/17 | 030001 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND #016073584 | 2300-000 | | 185.04 | 144,697.86 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 215.42 | 144,482.44 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 194.09 | 144,288.35 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 214.51 | 144,073.84 |
| 05/03/17 | 030002 | ALAN LASKO<br>ALAN D. LASKO & ASSOCIATES, PC<br>205 W. RANDOLPH STREET | | | | 5,897.70 | 138,176.14 |

Page Subtotals       145,466.34       7,290.20

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 20.02

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 16-24295 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | PACKAGING ADVANTAGE, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7939 Checking Account |
| Taxpayer ID No: | *******0905 | | | |
| For Period Ending: | 11/14/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | STE 1150 | | | | | |
| | | CHICAGO, IL 60606 | | | | | |
| | | | Fees          5,871.80 | 3410-000 | | | |
| | | | Expenses        25.90 | 3420-000 | | | |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 207.29 | 137,968.85 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 209.34 | 137,759.51 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 198.21 | 137,561.30 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 204.54 | 137,356.76 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 204.21 | 137,152.55 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 197.34 | 136,955.21 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 203.60 | 136,751.61 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 196.76 | 136,554.85 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 203.02 | 136,351.83 |
| 02/07/18 | 030003 | International Sureties | BOND | 2300-000 | | 46.36 | 136,305.47 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 202.73 | 136,102.74 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 182.80 | 135,919.94 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 202.07 | 135,717.87 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 195.26 | 135,522.61 |
| 05/24/18 | 030004 | Alan D. Lasko & Associates | Accountant Fees | 3410-000 | | 1,135.00 | 134,387.61 |
| | | 200 W. Randolph Street | | | | | |
| | | Suite 1150 | | | | | |
| | | Chicago, IL 60606 | | | | | |
| * 05/24/18 | 030005 | Alan D. Lasko & Associates | Accountant Expenses | 3420-003 | | 28.50 | 134,359.11 |
| | | 200 W. Randolph Street | | | | | |
| | | Suite 1150 | | | | | |
| | | Chicago, IL 60606 | | | | | |

Page Subtotals        0.00         3,817.03

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 6)*        Ver: 20.02

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 16-24295 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | PACKAGING ADVANTAGE, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7939 Checking Account |
| Taxpayer ID No: | *******0905 | | | |
| For Period Ending: | 11/14/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 06/04/18 | 030005 | Alan D. Lasko & Associates<br>200 W. Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Accountant Expenses<br>Wrong Amount | 3420-003 | | -28.50 | 134,387.61 |
| 06/04/18 | 030006 | ALAN LASKO<br>ALAN D. LASKO & ASSOCIATES, PC<br>205 W. RANDOLPH STREET<br>STE 1150<br>CHICAGO, IL 60606 | Accountant Expenses<br>Replacement Check | 3410-000 | | 28.05 | 134,359.56 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 201.48 | 134,158.08 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 193.31 | 133,964.77 |
| 07/18/18 | 7 | Converted Images Inc.<br>365 Criss Cir.<br>Elk Grove Village, IL 60007 | A/R<br>Account Receivable due Debtor | 1121-000 | 2,332.83 | | 136,297.60 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 200.75 | 136,096.85 |
| 09/10/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 202.34 | 135,894.51 |
| 10/05/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 195.55 | 135,698.96 |
| 10/10/18 | 10, 11 | Source One<br>136 W. Washington Street<br>West Chicago, IL 60185 | Settlement | 1141-000 | 37,628.61 | | 173,327.57 |
| 10/31/18 | | Trsf To BofI Federal Bank | FINAL TRANSFER | 9999-000 | | 173,327.57 | 0.00 |

Page Subtotals 39,961.44 174,320.55

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*
LFORM24

Ver: 20.02

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 16-24295 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | PACKAGING ADVANTAGE, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7939  Checking Account |
| Taxpayer ID No: | *******0905 | | | |
| For Period Ending: | 11/14/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 185,427.78 | 185,427.78 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 173,327.57 | |
| | | | Subtotal | | 185,427.78 | 12,100.21 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 185,427.78 | 12,100.21 | |

Page Subtotals   0.00   0.00

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 16-24295 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | PACKAGING ADVANTAGE, INC., | Bank Name: | Axos Bank |
|  |  | Account Number / CD #: | *******0050 Checking Account |
| Taxpayer ID No: | *******0905 |  |  |
| For Period Ending: | 11/14/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 10/31/18 |  | Trsf In From ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 173,327.57 |  | 173,327.57 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 173,327.57 | 0.00 | 173,327.57 |
| Less: Bank Transfers/CD's | 173,327.57 | 0.00 |  |
| Subtotal | 0.00 | 0.00 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 0.00 | 0.00 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| Checking Account - ********7939 | 185,427.78 | 12,100.21 | 0.00 |
| Checking Account - ********0050 | 0.00 | 0.00 | 173,327.57 |
|  | 185,427.78 | 12,100.21 | 173,327.57 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 173,327.57 0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

LFORM24

Ver: 20.02

| Page 1 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 14, 2018 |
|---|---|---|---|---|---|---|---|

| Case Number: | 16-24295 | | Priority Sequence | | | | |
|---|---|---|---|---|---|---|---|
| Debtor Name: | PACKAGING ADVANTAGE, INC., | | | Joint Debtor: | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|---|
| 001<br>3410-00 | ALAN LASKO<br>ALAN D. LASKO & ASSOCIATES, PC<br>205 W. RANDOLPH STREET<br>STE 1150<br>CHICAGO, IL 60606 | Administrative | 2221917939 | 05/24/18   30004 | $0.00 | $1,135.00<br>1,135.00 | $1,135.00 |
| 001<br>3410-00 | ALAN LASKO<br>ALAN D. LASKO & ASSOCIATES, PC<br>205 W. RANDOLPH STREET<br>STE 1150<br>CHICAGO, IL 60606 | Administrative | 2221917939 | 06/04/18   30006 | $0.00 | $28.05<br>28.05 | $28.05 |
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | | $12,521.39 | $12,521.39 | $12,521.39 |
| 001<br>3110-00 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Administrative | | | $0.00 | $9,301.00 | $9,301.00 |
| 001<br>3120-00 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Administrative | | | $0.00 | $69.20 | $69.20 |
| 001<br>2200-00 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | | $0.00 | $19.60 | $19.60 |
| ADMIN<br>001<br>3410-00 | ALAN LASKO<br>ALAN D. LASKO & ASSOCIATES, PC<br>205 W. RANDOLPH STREET<br>STE 1150<br>CHICAGO, IL 60606 | Administrative | 2221917939 | 05/03/17   30002 | $0.00 | $5,897.70<br>5,897.70 | $5,897.70 |
| 000001A<br>040<br>5800-00 | Dorothy Curtis<br>c/o Jeffrey S Harris<br>1701 S First Ave<br>#202<br>Maywood IL 60153 | Priority | | | $0.00 | $1,975.09 | $1,975.09 |
| 000002A<br>040<br>5800-00 | Christine Scott<br>c/o Jeffrey S Harris<br>1701 S First Ave<br>#202<br>Maywood IL 60153 | Priority | | | $0.00 | $9,084.26 | $9,084.26 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | Date: November 14, 2018 |

Case Number:   16-24295               Priority Sequence
Debtor Name:   PACKAGING ADVANTAGE, INC.,                    Joint Debtor:

| Code # | Creditor Name & Address | Claim Class   Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|
| 000003 070 7100-00 | Jeffrey S Harris 1701 S First Ave #202 Maywood IL 60153 | Unsecured Claim was withdrawn on 10/12/18 | $0.00 | $159,356.93 | $159,356.93 |
| 000004 070 7100-00 | Jeffrey S Harris 1701 S First Ave #202 Maywood IL 60153 | Unsecured Claim was withdrawn on 10/12/18 | $0.00 | $159,356.93 | $159,356.93 |
| 000005 070 7100-00 | Jeffrey S Harris 1701 S First Ave #202 Maywood IL 60153 | Unsecured Claim was withdrawn on 10/12/18 | $0.00 | $159,356.93 | $159,356.93 |
| 000006 070 7100-00 | SOURCE ONE c/o Wiczer & Sheldon 500 Skokie Blvd Ste 325 Northbrook, IL 60062-2887 | Unsecured | $0.00 | $468,000.00 | $468,000.00 |
| 000007 070 7100-00 | Pearl A Marziani d/b/a Marziani Enterprises c/o Gini S Marziani 125 S Wacker Drive Chicago IL 60606 | Unsecured | $0.00 | $414,935.18 | $414,935.18 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA  70139 | Administrative  2221917939   02/03/17   30001  2221917939   02/07/18   30003 | $0.00 | $231.40  185.04  46.36 | $231.40 |
| | Case Totals: | | $12,521.39 | $1,401,268.66 | $1,401,268.66 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-24295
Case Name: PACKAGING ADVANTAGE, INC.,
Trustee Name: GINA B. KROL

Balance on hand $ 173,327.57

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 12,521.39 | $ 0.00 | $ 12,521.39 |
| Trustee Expenses: GINA B. KROL | $ 19.60 | $ 0.00 | $ 19.60 |
| Attorney for Trustee Fees: Cohen & Krol | $ 9,301.00 | $ 0.00 | $ 9,301.00 |
| Accountant for Trustee Fees: ALAN LASKO | $ 7,032.70 | $ 7,032.70 | $ 0.00 |
| Accountant for Trustee Expenses: ALAN LASKO | $ 28.05 | $ 28.05 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 231.40 | $ 231.40 | $ 0.00 |
| Other: Cohen & Krol | $ 69.20 | $ 0.00 | $ 69.20 |

Total to be paid for chapter 7 administrative expenses $ 21,911.19

Remaining Balance $ 151,416.38

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 11,059.35 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Dorothy Curtis<br>c/o Jeffrey S Harris<br>1701 S First Ave #202<br>Maywood IL 60153 | $ 1,975.09 | $ 0.00 | $ 1,975.09 |
| 000002A | Christine Scott<br>c/o Jeffrey S Harris<br>1701 S First Ave #202<br>Maywood IL 60153 | $ 9,084.26 | $ 0.00 | $ 9,084.26 |

Total to be paid to priority creditors            $        11,059.35

Remaining Balance                                  $       140,357.03

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 882,935.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | SOURCE ONE<br>c/o Wiczer & Sheldon<br>500 Skokie Blvd Ste 325<br>Northbrook, IL 60062-2887 | $ 468,000.00 | $ 0.00 | $ 74,396.28 |
| 000007 | Pearl A Marziani<br>d/b/a Marziani Enterprises<br>c/o Gini S Marziani<br>125 S Wacker Drive<br>Chicago IL 60606 | $ 414,935.18 | $ 0.00 | $ 65,960.75 |
| | Total to be paid to timely general unsecured creditors | | | $ 140,357.03 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE