IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| PACKAGING ADVANTAGE, INC. | ) | 16-24295 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO: See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, were sent on December 18, 2018, by First Class U.S. Mail to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL 60602
312-368-0300                                BY:/s/ Gina B. Krol

SERVICE LIST

Dorothy Curtis
c/o Jeffrey Harris
1701 S. First Ave., #202
Maywood, IL 60153

Christina Scott
c/o Jeffrey Harris
1701 S. First Ave., #202
Maywood, IL 60153

Wiczer & Sheldon
500 Skokie Blvd., Ste 325
Northbrook, IL 60062

Pearl Marziani
c/o Gini Marziani
125 S. Wacker Dr.
13th Floor
Chicago, IL 60606

Ch 7 Bankruptcy Trustee

Case 16-24295    Doc 90    Filed 12/19/18    Entered 12/19/18 09:06:11    Desc Main
Document      Page 3 of 7

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re: §
§
PACKAGING ADVANTAGE, INC., §   Case No. 16-24295 JSB
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 14 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 01/04/2019 in Courtroom 240,
Kane County Courthouse
240 S. Third Street
Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/19/2018              By: Gina B. Krol
                                            Trustee


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re: §
§
PACKAGING ADVANTAGE, INC., §    Case No. 16-24295 JSB
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 185,427.78 |
| and approved disbursements of | $ | 12,100.21 |
| leaving a balance on hand of[1] | $ | 173,327.57 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 12,521.39 | $ 0.00 | $ 12,521.39 |
| Trustee Expenses: GINA B. KROL | $ 19.60 | $ 0.00 | $ 19.60 |
| Attorney for Trustee Fees: Cohen & Krol | $ 9,301.00 | $ 0.00 | $ 9,301.00 |
| Accountant for Trustee Fees: ALAN LASKO | $ 7,032.70 | $ 7,032.70 | $ 0.00 |
| Accountant for Trustee Expenses: ALAN LASKO | $ 28.05 | $ 28.05 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 231.40 | $ 231.40 | $ 0.00 |
| Other: Cohen & Krol | $ 69.20 | $ 0.00 | $ 69.20 |
| Total to be paid for chapter 7 administrative expenses | | | $ 21,911.19 |
| Remaining Balance | | | $ 151,416.38 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 11,059.35  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Dorothy Curtis<br>c/o Jeffrey S Harris<br>1701 S First Ave #202<br>Maywood IL 60153 | $ 1,975.09 | $ 0.00 | $ 1,975.09 |
| 000002A | Christine Scott<br>c/o Jeffrey S Harris<br>1701 S First Ave #202<br>Maywood IL 60153 | $ 9,084.26 | $ 0.00 | $ 9,084.26 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 11,059.35 |
| Remaining Balance | $ 140,357.03 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 882,935.18  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  15.9  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | SOURCE ONE<br>c/o Wiczer & Sheldon<br>500 Skokie Blvd Ste 325<br>Northbrook, IL 60062-2887 | $ 468,000.00 | $ 0.00 | $ 74,396.28 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Pearl A Marziani d/b/a Marziani Enterprises c/o Gini S Marziani 125 S Wacker Drive Chicago IL 60606 | $ 414,935.18 | $ 0.00 | $ 65,960.75 |
| | Total to be paid to timely general unsecured creditors | | | $ 140,357.03 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.