UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | § § | |
| PACKAGING ADVANTAGE, INC., | § § | Case No. 16-24295 JSB |
| Debtor | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 14,492.26 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 153,416.38 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 32,011.40 | |

3) Total gross receipts of $ 185,427.78 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 185,427.78 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 32,065.35 | 32,065.35 | 32,011.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 11,059.35 | 13,034.44 | 11,059.35 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 1,361,005.97 | 1,361,005.97 | 142,357.03 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 1,404,130.67 | $ 1,406,105.76 | $ 185,427.78 |

    4) This case was originally filed under chapter 7 on 07/28/2016 . The case was pending for 33 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/07/2019    By: /s/GINA B. KROL
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R - 90 days or less | 1121-000 | 3,638.83 |
| Old Second Nat'l Bank - 0177 | 1129-000 | 70.00 |
| Old Second National Bank -2463 | 1129-000 | 87,797.18 |
| PNC Bank - Payroll Account | 1129-000 | 1,211.59 |
| Private Bank - 7105 | 1129-000 | 4,583.90 |
| Private Bank - 3795 - Savings | 1129-000 | 497.67 |
| Escrow Account - 6100 | 1129-000 | 50,000.00 |
| Claim by Source One Staffing V Curts - 16L 06575 | 1141-000 | 7,000.00 |
| PREFERENCE | 1141-000 | 30,628.61 |
| **TOTAL GROSS RECEIPTS** | | **$185,427.78** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:GINA B. KROL | 2100-000 | NA | 12,521.39 | 12,521.39 | 12,521.39 |
| TRUSTEE EXPENSES:GINA B. KROL | 2200-000 | NA | 19.60 | 19.60 | 19.60 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 231.40 | 231.40 | 231.40 |
| ASSOCIATED BANK | 2600-000 | NA | 4,808.06 | 4,808.06 | 4,808.06 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3110-000 | NA | 4,867.33 | 4,867.33 | 4,867.33 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):GINA B. KROL | 3110-000 | NA | 2,433.67 | 2,433.67 | 2,433.67 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE EXPENSES (TRUSTEE FIRM):COHEN & KROL | 3120-000 | NA | 69.20 | 69.20 | 69.20 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):ALAN LASKO | 3410-000 | NA | 7,006.80 | 7,006.80 | 7,006.80 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):ALAN LASKO | 3420-000 | NA | 53.95 | 53.95 | 53.95 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 32,065.35 | $ 32,065.35 | $ 32,011.40 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002A | CHRISTINE SCOTT | 5300-000 | NA | 9,084.26 | 9,084.26 | 9,084.26 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | DOROTHY CURTIS | 5300-000 | NA | 0.00 | 1,975.09 | 1,975.09 |
| 000001A | DOROTHY CURTIS | 5300-000 | NA | 1,975.09 | 1,975.09 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS |  |  | $ NA | $ 11,059.35 | $ 13,034.44 | $ 11,059.35 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | JEFFREY S HARRIS | 7100-900 | NA | 159,356.93 | 159,356.93 | 0.00 |
| 000004 | JEFFREY S HARRIS | 7100-900 | NA | 159,356.93 | 159,356.93 | 0.00 |
| 000005 | JEFFREY S HARRIS | 7100-900 | NA | 159,356.93 | 159,356.93 | 0.00 |
| 000007 | PEARL A MARZIANI | 7100-900 | NA | 414,935.18 | 414,935.18 | 66,900.65 |
| 000006 | SOURCE ONE | 7100-900 | NA | 468,000.00 | 468,000.00 | 75,456.38 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ NA | $ 1,361,005.97 | $ 1,361,005.97 | $ 142,357.03 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 16-24295 JSB Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
| Case Name: | PACKAGING ADVANTAGE, INC., | Date Filed (f) or Converted (c): | 07/28/16 (f) |
| | | 341(a) Meeting Date: | 11/08/16 |
| For Period Ending: 05/07/19 | | Claims Bar Date: | 02/10/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Old Second Nat'l Bank - 0177 | 80.00 | 0.00 | | 70.00 | FA |
| 2. Old Second National Bank -2463 | 87,802.18 | 0.00 | | 87,797.18 | FA |
| 3. PNC Bank - Payroll Account | 1,564.59 | 0.00 | | 1,211.59 | FA |
| 4. Private Bank - 7105 | 4,583.90 | 0.00 | | 4,583.90 | FA |
| 5. Private Bank - 3795 - Savings | 497.00 | 0.00 | | 497.67 | FA |
| 6. Escrow Account - 6100 | 50,000.00 | 50,000.00 | | 50,000.00 | FA |
| pre-petition sale of compressors, conveyor, dryer, feeders, overwrapper, air tank, gast vacumms, box taper; sold to former customer | | | | | |
| 7. A/R - 90 days or less | 1,306.00 | 0.00 | | 3,638.83 | FA |
| 8. A/R - over days old | 14,392.26 | 0.00 | | 0.00 | FA |
| 9. COMPUTER | 100.00 | 0.00 | | 0.00 | FA |
| 10. Claim by Source One Staffing V Curts - 16L 06575 | Unknown | 10,000.00 | | 7,000.00 | FA |
| 11. PREFERENCE (u) | 0.00 | 30,628.61 | | 30,628.61 | FA |
| TOTALS (Excluding Unknown Values) | $160,325.93 | $90,628.61 | | $185,427.78 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee finally got the case against the principals resolved. Insider claims have now been amended and withdrawn.
Trustee will prepare TFR
October 15, 2018, 03:52 pm

Potential preferences; Trustee is investigating

LFORM1

Ver: 22.01

UST Form 101-7-TDR (10/1/2010) (Page: 7)

Case 16-24295   Doc 104   Filed 05/07/19   Entered 05/07/19 16:22:22   Desc Main
Document      Page 8 of 16

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 16-24295 | JSB   Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
| Case Name: | PACKAGING ADVANTAGE, INC., | | Date Filed (f) or Converted (c): | 07/28/16 (f) |
| | | | 341(a) Meeting Date: | 11/08/16 |
| | | | Claims Bar Date: | 02/10/17 |

June 28, 2017, 01:49 pm

341 meeting has not been set to date; initial report of assets filed 10/18/16

October 18, 2016, 11:27 am

Initial Projected Date of Final Report (TFR): 03/31/18   Current Projected Date of Final Report (TFR): 02/28/19

/s/   GINA B. KROL
_____   Date: 05/07/19
       GINA B. KROL

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-24295 -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | PACKAGING ADVANTAGE, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7939 Checking Account |
| Taxpayer ID No: | *******0905 | | | |
| For Period Ending: | 05/07/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/04/16 | 6 | ROTMAN & ROTMAN<br>134 N LASALLE STREET, STE 200<br>CHICAGO, IL  60602 | | 1129-000 | 50,000.00 | | 50,000.00 |
| 10/12/16 | 1 | OLD SECOND NATIONAL BANK<br>37 SOUTH RIVER STREET<br>AURORA, IL 60506 | | 1129-000 | 70.00 | | 50,070.00 |
| 10/12/16 | 2 | OLD SECOND NATIONAL BANK<br>37 SOUTH RIVER STREET<br>AURORA, IL 60506 | | 1129-000 | 87,797.18 | | 137,867.18 |
| 10/12/16 | 5 | THE PRIVATE BANK | | 1129-000 | 497.67 | | 138,364.85 |
| 10/12/16 | 7 | ILOCA SERVICES, INC.<br>9S104 FRONTENAC STREET<br>AURORA, IL 60504 | | 1121-000 | 1,306.00 | | 139,670.85 |
| 10/12/16 | 3 | PNC BANK | | 1129-000 | 1,211.59 | | 140,882.44 |
| 10/12/16 | 4 | THE PRIVATE BANK | | 1129-000 | 4,583.90 | | 145,466.34 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 158.67 | 145,307.67 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 209.05 | 145,098.62 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 215.72 | 144,882.90 |
| 02/03/17 | 030001 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | BOND #016073584 | 2300-000 | | 185.04 | 144,697.86 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 215.42 | 144,482.44 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 194.09 | 144,288.35 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 214.51 | 144,073.84 |
| 05/03/17 | 030002 | ALAN LASKO<br>ALAN D. LASKO & ASSOCIATES, PC<br>205 W. RANDOLPH STREET | | | | 5,897.70 | 138,176.14 |

Page Subtotals   145,466.34   7,290.20

Ver: 22.01

FORM 2  
Page: 2  
Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 16-24295 -JSB |
| Case Name: | PACKAGING ADVANTAGE, INC., |
| Taxpayer ID No: | *******0905 |
| For Period Ending: | 05/07/19 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7939  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | STE 1150 | | | | | |
| | | CHICAGO, IL 60606 | | | | | |
| | | | Fees         5,871.80 | 3410-000 | | | |
| | | | Expenses       25.90 | 3420-000 | | | |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 207.29 | 137,968.85 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 209.34 | 137,759.51 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 198.21 | 137,561.30 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 204.54 | 137,356.76 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 204.21 | 137,152.55 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 197.34 | 136,955.21 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 203.60 | 136,751.61 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 196.76 | 136,554.85 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 203.02 | 136,351.83 |
| 02/07/18 | 030003 | International Sureties | BOND | 2300-000 | | 46.36 | 136,305.47 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 202.73 | 136,102.74 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 182.80 | 135,919.94 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 202.07 | 135,717.87 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 195.26 | 135,522.61 |
| 05/24/18 | 030004 | Alan D. Lasko & Associates | Accountant Fees | 3410-000 | | 1,135.00 | 134,387.61 |
| | | 200 W. Randolph Street | | | | | |
| | | Suite 1150 | | | | | |
| | | Chicago, IL 60606 | | | | | |
| * 05/24/18 | 030005 | Alan D. Lasko & Associates | Accountant Expenses | 3420-003 | | 28.50 | 134,359.11 |
| | | 200 W. Randolph Street | | | | | |
| | | Suite 1150 | | | | | |
| | | Chicago, IL 60606 | | | | | |

Page Subtotals          0.00          3,817.03

Ver: 22.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-24295 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | PACKAGING ADVANTAGE, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7939  Checking Account |
| Taxpayer ID No: | *******0905 | | | |
| For Period Ending: | 05/07/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 06/04/18 | 030005 | Alan D. Lasko & Associates<br>200 W. Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Accountant Expenses<br>Wrong Amount | 3420-003 | | -28.50 | 134,387.61 |
| 06/04/18 | 030006 | ALAN LASKO<br>ALAN D. LASKO & ASSOCIATES, PC<br>205 W. RANDOLPH STREET<br>STE 1150<br>CHICAGO, IL 60606 | Accountant Expenses<br>Replacement Check | 3420-000 | | 28.05 | 134,359.56 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 201.48 | 134,158.08 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 193.31 | 133,964.77 |
| 07/18/18 | 7 | Converted Images Inc.<br>365 Criss Cir.<br>Elk Grove Village, IL 60007 | A/R<br>Account Receivable due Debtor | 1121-000 | 2,332.83 | | 136,297.60 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 200.75 | 136,096.85 |
| 09/10/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 202.34 | 135,894.51 |
| 10/05/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 195.55 | 135,698.96 |
| 10/10/18 | 10, 11 | Source One<br>136 W. Washington Street<br>West Chicago, IL 60185 | Settlement | 1141-000 | 37,628.61 | | 173,327.57 |
| 10/31/18 | | Trsf To BofI Federal Bank | FINAL TRANSFER | 9999-000 | | 173,327.57 | 0.00 |

| | | Page Subtotals | 39,961.44 | 174,320.55 |
|---|---|---|---|---|

Ver: 22.01

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 11)

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-24295 -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | PACKAGING ADVANTAGE, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7939  Checking Account |
| Taxpayer ID No: | *******0905 | | | |
| For Period Ending: | 05/07/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 185,427.78 | 185,427.78 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 173,327.57 | |
| | | | Subtotal | | 185,427.78 | 12,100.21 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 185,427.78 | 12,100.21 | |

Page Subtotals       0.00       0.00

Ver: 22.01

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 16-24295 -JSB | |
| Case Name: | PACKAGING ADVANTAGE, INC., | |
| Taxpayer ID No: | *******0905 | |
| For Period Ending: | 05/07/19 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | Axos Bank | |
| Account Number / CD #: | *******0050 Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/31/18 | | Trsf In From ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 173,327.57 | | 173,327.57 |
| 01/04/19 | 002001 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee Fees | 2100-000 | | 12,521.39 | 160,806.18 |
| * 01/04/19 | 002002 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorney's Fees | 3110-003 | | 6,200.66 | 154,605.52 |
| 01/04/19 | 002003 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorney's Expenses | 3120-000 | | 69.20 | 154,536.32 |
| 01/04/19 | 002004 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee Expenses | 2200-000 | | 19.60 | 154,516.72 |
| * 01/04/19 | 002005 | Gina B. Krol | Final Distribution<br>Attorneys' Fees | 3110-003 | | 3,100.34 | 151,416.38 |
| * 01/04/19 | 002006 | Dorothy Curtis<br>c/o Jeffrey S Harris<br>1701 S First Ave<br>#202<br>Maywood IL 60153 | Final Distribution<br>(1-1) Claim for amounts due on<br>notes plus commissions | 5300-003 | | 1,975.09 | 149,441.29 |
| * 01/04/19 | 002007 | Christine Scott<br>c/o Jeffrey S Harris<br>1701 S First Ave<br>#202<br>Maywood IL 60153 | Final Distribution<br>(2-1) Claim for amounts due on<br>notes plus commissions | 5300-003 | | 9,084.26 | 140,357.03 |
| * 01/04/19 | 002008 | SOURCE ONE<br>c/o Wiczer & Sheldon | Final Distribution<br>(6-1) Loan Services | 7100-903 | | 74,396.28 | 65,960.75 |

Page Subtotals  173,327.57  107,366.82

Ver: 22.01

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-24295 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | PACKAGING ADVANTAGE, INC., | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0050  Checking Account |
| Taxpayer ID No: | *******0905 | | |
| For Period Ending: | 05/07/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 01/04/19 | 002009 | 500 Skokie Blvd Ste 325<br>Northbrook, IL 60062-2887<br>Pearl A Marziani<br>d/b/a Marziani Enterprises<br>c/o Gini S Marziani<br>125 S Wacker Drive<br>Chicago IL 60606 | Final Distribution | 7100-903 | | 65,960.75 | 0.00 |
| * 01/08/19 | 002002 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee had to recalculate the distribution based on a reduction of fees | 3110-003 | | -6,200.66 | 6,200.66 |
| * 01/08/19 | 002005 | Gina B. Krol | Final Distribution<br>Trustee had to recalculate distribtuion based on a reduction of fees | 3110-003 | | -3,100.34 | 9,301.00 |
| * 01/08/19 | 002006 | Dorothy Curtis<br>c/o Jeffrey S Harris<br>1701 S First Ave<br>#202<br>Maywood IL 60153 | Final Distribution<br>Trustee had to recalculate distribution based on a reduction of fees | 5300-003 | | -1,975.09 | 11,276.09 |
| * 01/08/19 | 002007 | Christine Scott<br>c/o Jeffrey S Harris<br>1701 S First Ave<br>#202<br>Maywood IL 60153 | Final Distribution<br>Trustee had to recalculate distribution based on a reduction of fees | 5300-003 | | -9,084.26 | 20,360.35 |
| * 01/08/19 | 002008 | SOURCE ONE<br>c/o Wiczer & Sheldon<br>500 Skokie Blvd Ste 325<br>Northbrook, IL 60062-2887 | Final Distribution<br>Trustee had to recalculate distribution based on a reduction of fees | 7100-903 | | -74,396.28 | 94,756.63 |
| * 01/08/19 | 002009 | Pearl A Marziani<br>d/b/a Marziani Enterprises<br>c/o Gini S Marziani | Final Distribution<br>Trustee had to recalculate distribution based on a reduction of fees | 7100-903 | | -65,960.75 | 160,717.38 |
| | | | Page Subtotals | | 0.00 | -94,756.63 | |

Ver: 22.01

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-24295 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | PACKAGING ADVANTAGE, INC., | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0050  Checking Account |
| Taxpayer ID No: | *******0905 | | | |
| For Period Ending: | 05/07/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/08/19 | 002010 | 125 S Wacker Drive<br>Chicago IL 60606<br>Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorney's Fees | 3110-000 | | 4,867.33 | 155,850.05 |
| 01/08/19 | 002011 | Gina B. Krol | Final Distribution<br>Attorneys' Fees | 3110-000 | | 2,433.67 | 153,416.38 |
| * 01/08/19 | 002012 | Dorothy Curtis<br>c/o Jeffrey S Harris<br>1701 S First Ave<br>#202<br>Maywood IL 60153 | Final Distribution<br>(1-1) Claim for amounts due on<br>notes plus commissions | 5300-004 | | 1,975.09 | 151,441.29 |
| 01/08/19 | 002013 | Christine Scott<br>c/o Jeffrey S Harris<br>1701 S First Ave<br>#202<br>Maywood IL 60153 | Final Distribution<br>(2-1) Claim for amounts due on<br>notes plus commissions | 5300-000 | | 9,084.26 | 142,357.03 |
| 01/08/19 | 002014 | SOURCE ONE<br>c/o Wiczer & Sheldon<br>500 Skokie Blvd Ste 325<br>Northbrook, IL 60062-2887 | Final Distribution<br>(6-1) Loan Services | 7100-900 | | 75,456.38 | 66,900.65 |
| 01/08/19 | 002015 | Pearl A Marziani<br>d/b/a Marziani Enterprises<br>c/o Gini S Marziani<br>125 S Wacker Drive<br>Chicago IL 60606 | Final Distribution | 7100-900 | | 66,900.65 | 0.00 |
| * 03/06/19 | 002012 | Dorothy Curtis<br>c/o Jeffrey S Harris<br>1701 S First Ave<br>#202 | Stop Payment Reversal<br>STOP PAYMENT | 5300-004 | | -1,975.09 | 1,975.09 |
| | | | Page Subtotals | | 0.00 | 158,742.29 | |

Ver: 22.01

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 15)

FORM 2

Page: 8
Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-24295 -JSB | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | PACKAGING ADVANTAGE, INC., | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0050 Checking Account |
| Taxpayer ID No: | *******0905 | | |
| For Period Ending: | 04/18/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/06/19 | 002016 | Maywood IL 60153 Dorothy Curtis | Final Distribution Replacement for lost check | 5300-000 | | 1,975.09 | 0.00 |

```
                                              COLUMN TOTALS                          173,327.57       173,327.57              0.00
                                      Less:   Bank Transfers/CD's                    173,327.57             0.00
                                              Subtotal                                     0.00        173,327.57
                                      Less:   Payments to Debtors                                           0.00
                                              Net                                          0.00        173,327.57
                                                                                                           NET
                                                                                                      DISBURSEMENTS       ACCOUNT
                                              TOTAL - ALL ACCOUNTS                   NET DEPOSITS                         BALANCE
                                              Checking Account - ********7939          185,427.78         12,100.21           0.00
                                              Checking Account - ********0050                0.00        173,327.57           0.00
                                                                                     ------------     ------------       ------------
                                                                                       185,427.78        185,427.78           0.00
                                                                                     ============     ============       ============
                                                                                     (Excludes Account (Excludes Payments  Total Funds
                                                                                         Transfers)      To Debtors)       On Hand
```

Page Subtotals 0.00 1,975.09

Ver: 22.01

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*